IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | | |
|---|---|---|
| **In re:** | * | |
| **ELITE SCHOOL BUS COMPANY, LLC** | * | Case No. 25-11526 DER |
| Debtor | * | Chapter 11 (Subchapter V) |
| * * * * * * * | * * * * * | |
| **ELITE SCHOOL BUS COMPANY, LLC**, Plaintiff | * | Adversary Case No. 25-00388 |
| | * | |
| v. | | |
| | * | |
| **ALTERNATIVE CAPITAL GROUP LLC**, Defendant | * | |
| | * | |
| | * | |
| * * * * * * * | * * * * * | |

**LINE WITHDRAWING DOCKET NO. 19 -- REQUEST FOR WRIT OF GARNISHMENT OTHER THAN PROPERTY**

Elite School Bus Company, LLC (the "**Plaintiff**"), by its undersigned counsel, files this Line Withdrawing Docket No. 19 – Request for Writ of Garnishment Other Than Property (the "**Line**") and in support, states as follows:

1. On January 9, 2026 the Plaintiff filed a Request for Writ of Garnishment other than Property i.e., Dk. No 19 (the "Request"), with a garnishee of Monetaria Group.

5694702.3

1

2. Through the instant Line, the Debtor hereby withdraws the Request.

| | |
|---|---|
| January 9, 2026 | /s/ Mary Fran Ebersole |
| | Mary Fran Ebersole, Bar No. 08729 |
| | Tydings & Rosenberg LLP |
| | One East Pratt Street, Suite 901 |
| | Baltimore, Maryland 21202 |
| | (410) 952-7414 |
| | mebersole@tydings.com |
| | *Plaintiff's Counsel* |

5694702.3

2